BRUCE W. KELLEY
Nevada Bar No. 7331
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
bkelley@awslawyers.com

Attorneys for Defendant GEICO CASUALTY COMPANY erroneously sued as GEICO INSURANCE AGENCY, INC

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| CHRISTINA PALCHETTI, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO INSURANCE AGENCY, INC; DOES I-X, Inclusive, ROE Corporations I-X, Inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01302-JCM-NJK |
|---|---|

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Liborius Agwara, Esq. of LAW OFFICES OF LIBO AGWARA, LTD attorneys for the Plaintiff CHRISTINA PALCHETTI and Bruce William Kelley, Esq. of the law offices of ATKIN WINNER & SHERROD, attorneys for Defendant GEICO CASUALTY COMPANY erroneously sued as GEICO INSURANCE AGENCY, INC. that the above-entitled matter be dismissed with prejudice,

A Joint Discovery Plan has not been filed and a Trial has not been set.

Each party to bear their own costs and attorneys' fees.

//
//
//
//

| | |
|---|---|
| Dated: July 19, 2018 | ATKIN WINNER & SHERROD<br><br>_____<br>Bruce W. Kelley<br>Nevada Bar No. 7331<br>1117 South Rancho Drive<br>Las Vegas, Nevada 89102<br>Attorneys for Defendant GEICO CASUALTY COMPANY erroneously sued as GEICO INSURANCE AGENCY, INC |
| Dated: July 26, 2018 | LAW OFFICES OF LIBO AGWARA, LTD<br><br>_____<br>Liborius Agwara<br>Nevada Bar No. 7576<br>4693 E. Flamingo Rd.<br>Las Vegas, NV 89121<br>Attorneys for Plaintiff CHRISTINA PALCHETTI |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED August 16, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE